UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WALLY RAMOS,<br>*individually and on behalf of*<br>*those similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>  *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CASE NO. 8:23-cv-1874 |

## DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant SOUTHWEST CREDIT SYSTEMS, L.P. ("SWC") and files its Notice of Removal as follows:

1. Plaintiff Wally Ramos filed his state court Complaint on July 5, 2023, in the County Court of the 13th Judicial Circuit, in and for Hillsborough County, Florida, located at 401 N Jefferson St, Tampa, FL 33602.

2. This is a civil action based on Plaintiff's contention that the Defendant SWC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

3. Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition.

7. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

8. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the County Court of the 13th Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, Defendant OF SAID COURT:

COMES NOW, Defendant SOUTHWEST CREDIT SYSTEMS, L.P. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: August 18, 2023                    Respectfully submitted,

                                            **FROST ECHOLS LLC**

                                            */s/ Chelsey R. Pankratz*
                                            CHELSEY R. PANKRATZ
                                            FL State Bar No. 120912
                                            <u>Mailing Address</u>
                                            P.O. Box 12645
                                            Rock Hill, SC 29731
                                            <u>Physical Address</u>
                                            301 W. Bay Street, Suite 1440
                                            Jacksonville, FL, 32202
                                            Phone: (904) 467-5665
                                            Email: chelsey.pankratz@frostechols.com

                                            *Counsel for Defendant* SOUTHWEST CREDIT SYSTEMS, L.P.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system and **Email** to all parties entitled to notice of the same on this 18th day of August, 2023.

*Counsel for Plaintiff'*
Willie J. Brice
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Email: bill@jibraellaw.com

                                            */s/ Chelsey R. Pankratz*
                                            CHELSEY R. PANKRATZ